IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–13–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| ALICIA MARIE CANALES, | |
| Defendant. | |

Defendant Alicia Marie Canales's unopposed Motion for Early Termination of Supervision is now before the Court.  (Doc. 65.)  Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice."  18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 65) is GRANTED.  As of the date of this Order, Defendant's supervision is terminated.

DATED this 27 day of April, 2021.

Donald W. Molloy, District Judge
United States District Court